Argued August 15, reversed August 29, 1977

HARGREAVES, *Petitioner,*
*v.*
EMPLOYMENT DIVISION et al, *Respondents.*
(No. 77-AB-465, CA 8256)
567 P2d 1094

Roberta J. Lindberg, Lane County Legal Aid Service, Inc., Eugene, argued the cause and filed the brief for petitioner.

No appearance for respondent Employment Division.

No appearance for respondent Danebo Parts & Equipment, Inc.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

Reversed. *Geraths v. Employment Division,* 24 Or App 201, 544 P2d 1066 (1976).